UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHN MICHAEL CADARETTE et al.,

        Plaintiffs,                  Case No. 1:12-cv-179

v.                                        Honorable Paul L. Maloney

CINDI CURTIN et al.,

        Defendants.
_____/

## **ORDER**

In accordance with the Opinion filed this date:

IT IS ORDERED that Plaintiffs' motions for joinder of claims (docket #4), joinder of parties (docket #5), temporary restraining order and preliminary injunction (docket #6), class certification (docket #8) and appointment of counsel (docket #9) are DENIED as moot.

IT FURTHER ORDERED that an appeal would not be taken in good faith.


Dated:  June 1, 2012                        /s/ Paul L. Maloney
                                                  Paul L. Maloney
                                                  Chief United States District Judge