UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHN MICHAEL CADARETTE et al.,

        Plaintiffs,        Case No. 1:12-cv-179

v.        Honorable Paul L. Maloney

CINDI CURTIN et al.,

        Defendants.
_____/

## JUDGMENT

In accordance with the Opinion filed this date:

IT IS ORDERED that Plaintiffs' action be DISMISSED WITH PREJUDICE for failure to state a claim pursuant to 28 U.S.C. §§ 1915(e) and 1915A, and 42 U.S.C. § 1997e(c).

Dated:  June 1, 2012        /s/ Paul L. Maloney
        Paul L. Maloney
        Chief United States District Judge